United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 22-00208-HWV
Kristin Renee Ruhlman     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 31, 2025     Form ID: 3180W     Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin Renee Ruhlman, 1322 Bannister Street, York, PA 17404-4909 |
| 5458702 | + | BRENT C. DIEFENDERFER, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5458710 | + | KOHLS/CAPITAL ONE, ATTN: CREDIT ADMINISTRATOR, PO BOX 3043, MILWAUKEE, WI 53201-3043 |
| 5461691 | + | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5458711 | + | MANLEY DEAS KOCHALSKI, LLC, 1515 MARKET STREET, SUITE 830, PHILADELPHIA, PA 19102-1909 |
| 5458703 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5458713 | + | UHG LLC, C/O WELTMAN, WEINBERG & REIS, 170 SOUTH INDEPENDENCE MALL, PHILADELPHIA, PA 19106-3323 |
| 5458717 | + | WEST MANCHESTER TOWNSHIP, 380 EAST BERLIN ROAD, YORK, PA 17408-8700 |
| 5458718 | + | YORK HOSPITAL, 1001 SOUTH GEORGE STREET, YORK, PA 17403-3645 |
| 5458719 | + | YORK HOSPITAL/WELLSPAN, 1803 MT. ROSE AVENUE, SUITE B3, YORK, PA 17403-3051 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bkfilings@zwickerpc.com | Mar 31 2025 18:42:00 | American Express National Bank, c/o Zwicker & Asso, 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5458707 | + | Email/PDF: bncnotices@becket-lee.com | Mar 31 2025 18:58:32 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 5464862 | | EDI: ATLASACQU | Mar 31 2025 22:42:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5466555 | | EDI: ATLASACQU | Mar 31 2025 22:42:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5459472 | + | Email/Text: bkfilings@zwickerpc.com | Mar 31 2025 18:42:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5458708 | | Email/Text: bankruptcy@bbandt.com | Mar 31 2025 18:42:00 | BB&T, ATTN: BANKRUPTCY, PO BOX 1847, WILSON, NC 27894 |
| 5458709 | + | EDI: CAPITALONE.COM | Mar 31 2025 22:42:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5461790 | | EDI: CAPITALONE.COM | Mar 31 2025 22:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5458705 | | EDI: IRS.COM | Mar 31 2025 22:42:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5458712 | | Email/Text: amps@manleydeas.com | Mar 31 2025 18:42:00 | MANLEY DEAS KOCHALSKI, LLC, P.O. BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 165028, COLUMBUS, OH 43216 |
| 5477280 | ^ | MEBN | Mar 31 2025 18:39:29 | MRS BPO, L.L.C., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 5565167 | + | EDI: AISMIDFIRST | Mar 31 2025 22:42:00 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5565166 | + | EDI: AISMIDFIRST | Mar 31 2025 22:42:00 | MidFirst Bank, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5458704 | + | EDI: PENNDEPTREV | Mar 31 2025 22:42:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5469729 | + | Email/Text: bankruptcy@bbandt.com | Mar 31 2025 18:42:00 | Truist Bank, P.O. Box 85092, Bankruptcy Department, RICHMOND VA 23286-0001 |
| 5458714 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 31 2025 18:58:36 | WELLS FARGO HM MORTGAG, PO BOX 10335, DES MOINES, IA 50306-0335 |
| 5458715 | | Email/Text: PHILAW@weltman.com | Mar 31 2025 18:42:00 | WELTMAN, WEINBERG & REIS CO., LPA, 170 S. INDEPENDENCE MALL W., SUITE 874, PHILADELPHIA, PA 19106-3334 |
| 5458716 | + | Email/Text: PHILAW@weltman.com | Mar 31 2025 18:42:00 | WELTMAN,WEINBERG & REIS CO., 170 S. INDEPENDENCE MALL W, SUITE 874W, PHILADELPHIA, PA 19106-3334 |
| 5461925 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Mar 31 2025 18:58:42 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, P.O. Box 1629, Minneapolis MN 55440-1629 |
| 5462008 | | Email/Text: bankruptcynotification@wellspan.org | Mar 31 2025 18:42:00 | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |
| 5458706 | | Email/Text: kcm@yatb.com | Mar 31 2025 18:42:00 | YORK ADAMS TAX BUREAU, P O BOX 15627, YORK, PA 17405-0156 |
| 5458720 | + | Email/Text: bkfilings@zwickerpc.com | Mar 31 2025 18:42:00 | ZWICKER & ASSOCIATES PC, 3220 TILLMAN DRIVE, SUITE 215, BENSALEM, PA 19020-2028 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5458701 | *+ | KRISTIN RENEE RUHLMAN, 1322 BANNISTER STREET, YORK, PA 17404-4909 |
| 5477281 | *+ | MRS BPO, L.L.C., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Mar 31, 2025 | Form ID: 3180W | Total Noticed: 32 |

Date: Apr 02, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent Diefenderfer | on behalf of Debtor 1 Kristin Renee Ruhlman bdiefenderfer@cgalaw.com jhall@cgalaw.com;rshearer@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;ephillips@cgalaw.com;r48835@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Stephen Franks | on behalf of Creditor WELLS FARGO BANK  N.A. amps@manleydeas.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kristin Renee Ruhlman <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–8557 <br> EIN  \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_ – \_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:22-bk-00208-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kristin Renee Ruhlman

3/31/25

**By the court:**

*(signature)*

Henry W. Van Eck, Chief Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 1:22-bk-00208-HWV   Doc 82   Filed 04/02/25   Entered 04/03/25 00:26:53   Desc
Imaged Certificate of Notice   Page 4 of 6

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**