| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Kristin Renee Ruhlman |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 2200208 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A

**Court claim no.** (if known): 4-2

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 1130.30

**Last 4 digits** of any number you use to identify the debtor's account: 7 8 0 5

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $ _____     **New escrow payment:** $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** _____%     **New interest rate:** _____%

   **Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Payment change resulting from a decrease in premium for Mortgage Insurance.

   **Current mortgage payment:** $ 1132.11     **New mortgage payment:** $ 1130.30

Official Form 410S1      Notice of Mortgage Payment Change      page 1

| Debtor 1 | Kristin Renee Ruhlman | | Case number (if known) 2200208 |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Maranda Henderson Braswell　　　　　Date 05/26/2022
Signature

Print: Braswell, Maranda Henderson　　　　　VP Loan Documentation
　　　　First Name　Middle Name　Last Name　　Title

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y
　　　　　Number　Street
　　　　　P.O. Box 1629
　　　　　Address 2
　　　　　Minneapolis　　MN　55440-9790
　　　　　City　　　　　State　ZIP Code

Contact phone 800-274-7025　　　　　NoticeOfPaymentChangeInquiries@wellsfargo.com
　　　　　　　　　　　　　　　　　　　Email

# UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

Chapter 13 No. 2200208
Judge: Henry W. Van Eck

In re:

Kristin Renee Ruhlman

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 27, 2022 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:         By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

    Kristin Renee Ruhlman
    1322 Bannister Street

    York PA 17404

        By U.S. Postal Service First Class Mail Postage Prepaid or FedEx
    N/A

Debtor's Attorney:     By Court's CM/ECF system registered email address

    Brent Diefenderfer
    CGA Law Firm
    135 North George Street

    York PA 17401

        By Court's CM/ECF system registered email address
    N/A

Trustee:         By Court's CM/ECF system registered email address

    Jack N Zaharopoulos (Trustee)
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A

    Hummelstown PA 17036

/s/Maranda Henderson Braswell

VP Loan Documentation

Case 1:22-bk-00208-HWV    Doc    Filed 05/26/22    Entered 05/26/22 15:06:18    Desc
Main Document    Page 3 of 3